

# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE

JAMES Gooch _____ 264894/ _____ KF-105 _____
NAME                    NUMBER              INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: Failed To Give OFFender Proper Medical Treatment, Refused to Allow Bi-Pap Machine to be transfered with OFFender to C.B.C.X. ON 9-15-2010.

REQUESTED SOLUTION: Stop Refuseing medical treatment.

_____

JAMES Gooch _____        9-26-10 _____
Signature of Grievant                  Date
                                       3:00

### TO BE COMPLETED BY GRIEVANCE CLERK

18289/226684 _____     9/28/10 _____     _____
Grievance Number          Date Received       Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____     _____
                      New Due Date          Signature of Grievant

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): deemed inappropriate per policy 501.01 (past 7 days/details)

_____

DATE: 10/4/10 _____     CHAIRPERSON: SC 10 L. Brown

Do you wish to appeal this response?   ✓  YES  _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

James Gooch _____        10-4-10 _____     Chet Walker _____
GRIEVANT                    DATE                  WITNESS

Distribution upon final resolution:

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

_J. Cooch_     _264894_     _Hccf KF-105_     _18289/22C684_
NAME        NUMBER       INSTITUTION & UNIT     GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _Claims Medical would not allow him to take his bi-pap machine with him to court._

Inmate Grievance Committee's Response and Reasons _Deemed inappropriate per policy 501.01 (past 7 days/details)_

_10/4/10_       _S/C¹⁰ L. Brown_
DATE            CHAIRMAN                MEMBER

_____     _____     _____
MEMBER             MEMBER            MEMBER

Warden's Response:     Agrees with Proposed Response     ☑

Disagrees with Proposed Response     ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken: _____

DATE: _10-06-10_     WARDEN'S SIGNATURE: _____

Do you wish to appeal this response?    ✓   YES        NO     OCT 0 8 2010

If yes:   Sign, date and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction
       to previous responses if so desired.

_James Gooch_       _10-11-10_       _S/C¹⁰ L. Brown_
GRIEVANT             DATE               WITNESS

Commissioner's Response and Reason(s): _____

_____

_____

_____        _____
DATE                        SIGNATURE

Distribution Upon Final Resolution:
           White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                _18289_        RDA 2244



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
5TH FLOOR   RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE   37243-0465

## MEMORANDUM

Inmate Name: _____     TDOC Number: __264894__

Institution:_____HCCF_____     Housing Unit: _____

Institution Grievance Number: ____18289____     TOMIS Grievance Number: __226684__

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and:

☐ Concurs with Warden     ☐ Concurs with Committee     ☒ Concurs with Supervisor

☐ Concurs Medical Co-Payment was Appropriate

NOV 1 0 2010

_____11/1/10_____
Date

_____
Assistant Commissioner, Operations

GR-6



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

JAMES Gooch          264894          CCA   H.C.C.F

NAME                NUMBER          INSTITUTION & UNIT

K-A 108

DESCRIPTION OF PROBLEM: Bi-pAp Breathing Machine and all Equipment UN proper function.

REQUESTED SOLUTION: Right kind of equipment for proper function

Grievance on Ms. Buford HSA

James Gooch                          10-11-10

Signature of Grievant                    Date

*TO BE COMPLETED BY GRIEVANCE CLERK*

18357/227389          10-21-10          R. Brown

Grievance Number       Date Received       Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____     James Gooch

New Due Date                    Signature of Grievant

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

Chairperson's Response and Reason(s): ACknowledge supervisor's Respons

DATE: 11/1/10          CHAIRPERSON: SCI° R. Brown

Do you wish to appeal this response? ✓ YES          NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

James Gooch          11-2-10          Cht udr

GRIEVANT            DATE            WITNESS

Distribution Upon Final Resolution:

    White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)          Page 1 of 2          RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**      **(continuation sheet)**

DESCRIPTION OF PROBLEM: ON 10-8-10 8:25 AM TAlK To H.S.A BuFord
Bi-pAp AND all Equipment UNproper FuNction.
CHOKE IN SIEEP with Bi pAp Breathing MAchiNE ON.
Bi pAp ABreAthiNg MAchiNe Soppose To Help ME Breath
AND Keep ME From ChokiNg IN sIeep.
Bi pAp MASk For BreAthing MAchiNE UNproper FuNction"

JAMES GOOch
264894

KA 108

Distribution upon final resolution:

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                    Page 2 of 2                    RDA 2244

JMCGH – Hospital – sleep Disorder EVAL

rhythem
~~this~~ ~~cardiac rhythm~~   731 541 6834
MD Ronald TAloR

Thus in summary, MR James Gooch has severe obstructive sleep apnea which results in sleep fragmentation and arterial oxyhemoglobin desaturation. At the time of exit interview 7/28/2010 the results of diagnostic testing were discussed at length as well a discussion of normal sleep physiology and the patients specific sleep pathflogy y Time, 20/20 Saffty issus were dicussed, Principles of sleep hygiene were reviewed, Treatment options regarding severe obstructive sleep apneas syndrome were reviewed, At close of exit interview 7/28/2010 MR Gooch voiced understanding of the results of diagnostic testing and voiced intent to pursue with weight reduction program, voiced desire to initiate Nasal bi-level pap therapy at Hardman County Corectinal Facility ~~CFA H~~ H C C F Tenn and will request that he be provided a medium Respironias Comfort Gel Nasal mask with chin Strap apparatus, bi Level Pap at 24 cm of water I Pap and 20 cm of water E pap sleep with head elevated on two pillows as position of Comfort, and sleep laterally if possible positional Theranapy

JMCGH – Hospital – sleep Disorder EVAL
MT ID: 105–4003 Job# 011-01-253431; Date 12/16/75
Empi#HNE48 6256318
DD: 8/14/2010 12:33:00 PM  DT 8/15/2010 5:19:58A

## Lott, Angela

**From:** Kendrix, Rosie
**Sent:** Friday, October 22, 2010 4:26 PM
**To:** Lott, Angela
**Subject:** FW: GOOCH

Print copy

**From:** Buford, Barbara
**Sent:** Monday, October 11, 2010 4:34 PM
**To:** Kendrix, Rosie
**Subject:** GOOCH

Inmate Gooch has come up here every day with his BiPAP machine. He claims it chokes him and it doesn't work right. We had the service man for Tri City, where we bought the machine, out here last week. He checked ever aspect of this machine and it is working perfectly.

Inmate Gooch came up here today complaining about his machine not working right. He was told it does work right and it is what was ordered for him; he can use it or not. I also told him he'd have to discuss it with the doctor. He said, "Do I need to go see Ms. Kendrix?" I told him to go right ahead and see you.

He will not get another machine or another referral. He has what was ordered for him and has been instructed on how to use it. He is very argumentative and reluctant to be compliant in using his BiPAP. He knows we can pull the SDS card and read how much he is actually using it, and his claims that it doesn't work right may be his excuse not to comply with his orders.

The Jackson Clinic, P.A.
J M C G H  Document

Patient ID 99713460
James Gooch
SSN 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
Sex M
Date of Service 8/14/2010

Comfort Gel Nasal

Author: Taylor MD Ronald F.
Sign  8·20·20·2010  01:40 pm
verify Date 8/20/2010  1:40 pm
modified by: Taylor MD Ronald F
Date/Time 8/20/2010  1:40 PM

Admit Date: 7/27/2010   Discharge Date  7/27/2010
* per performed Date: 8/14/2010
    Report not FINAL until signed

This Report Summarizes Treatment During The Time specified.
Consult Primary Source Documents To verify Critical Data

Sleep Disorder EVALuation
Patient Name Gooch James Account #7253517 MR#1213276
Date of Evaluation 7/28/2010

Final Diagnoses
Axis A: obstructive sleep apnea syndrome severe 327.23
Axis B. Polysomogram 89.17 unsuccessful C PAP with successful
bi Level PAP titration 93.99
Axis C: As outlined



**TENNESSEE DEPARTMENT OF CORRECTION**
**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE  10-21-10

Please respond to the attached grievance, indicating any action taken.
Date due _____

18357/227389          J. Gooch          264894
Grievance Number          Inmate Name          Inmate Number

This issue have been addand by HSA Beford see attached statement. The BI PAP Machine have been checked by the company that provided it and nothing have been found wrong with it. Inmate Gooch have been trained on the operation and use of the Machine. HSA Beford is in the process of seeing if there is another alternative that can be used but due to the inmate health problem this Machine is best for his condition

OCT 20 2010

R. Kendig          10-25-10
Signature          Date

White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-3148 (REV. 3-00)          RDA 2244

# DATE OF HEARING: _11-3-10_

_S% L. Brown_ _____ Grievance Chairperson

Hearing Began At: _12:57 pm_

Hearing Concluded: _1:05 pm_

Elected Voting Board Members Present:

1. _T. Robertson_ _____ Staff Member     2. _M. Adams_ _____ Staff Member
3. _R. Hembree_ _____ I/M Member     4. _W. Burgess_ _____ I/M Member

The Chairperson read the grievance, the Supervisor's response and the Grievant's requested solution.

Grievant's Name: _J. Gooch_ _____ TDOC #: _264894_   GR #: _18357/227389_

_Relevant new information presented:_ _States he still has no machine_
_as of today. Read from paper showing his medical file. see attached._

_____

_____

_Witnesses:_

**Inmate Name** _____ TDOC#: _____ Unit: _____

Statement: _____

_____

_____

**Staff Witness:** _____   **POSITION:** _____

Statement: _____

_____

_____

# COMMITTEE'S
# RECOMMENDATION: _CR-1393_

_____

_____



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

J. Gooch _____ 264894 _____ Hccf KA-108 _____ 18357/227389
NAME · NUMBER · INSTITUTION & UNIT · GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee   Claims bi-pap machine
doesn't work properly. (on HSA Buford)

Inmate Grievance Committee's Response and Reasons   A/W Kendrix should ensure I/m Gooch
Receives proper equipment immediately.

11/3/10 _____ S/C/o R. Brown _____ Wayne Burgess
DATE · CHAIRMAN · MEMBER

S. Douglas _____ Ricky Hembree _____ S. Adams
MEMBER · MEMBER · MEMBER

---

Warden's Response:         Agrees with Proposed Response        ☐

Disagrees with Proposed Response        ☑

If Disagrees, Reason(s) for Disagreement   Inmate Gooch has been issued this equipment
by a medical Provider. The equipment has been checked and found
to be working properly

Action Taken: _____

DATE: 11-12-10         WARDEN'S SIGNATURE: Rosie Kendrix - actg Warden

                                                          NOV 1 6 2010

Do you wish to appeal this response?     ✓ YES _____ NO

If yes:   Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction
          to previous responses if so desired.

James Gooch _____ 11-17-10 _____ S/C/o R. Brown
GRIEVANT · DATE · WITNESS

---

Commissioner's Response and Reason(s): _____
_____
_____
_____

_____                    _____
        DATE                                        SIGNATURE

Distribution Upon Final Resolution:
                White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                                                      RDA 2244



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
5TH FLOOR   RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE  37243-0465

## MEMORANDUM

*HA #11(*

Inmate Name: _____James Geach_____   TDOC Number: _264894_

Institution: _____HCCF_____   Housing Unit: _~~KB-107~~_

Institution Grievance Number: _18357_   TOMIS Grievance Number: _227389_

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and:

☐ Concurs with Warden      ☐ Concurs with Committee      ☒ Concurs with Supervisor

☐ Concurs Medical Co-Payment was Appropriate

_____12/28/10_____
Date

_____
Assistant Commissioner, Operations

JAN 04 2011

GR-6



## TENNESSEE DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE

J. Gooch                              264894                CCA/HCCF K-A 108
_____          _____          _____
NAME                                  NUMBER                INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: Staff member Falsifying documents in #224983 in the directi
issued by warden J. Easterling on August 31, HSA Buford stated MD AND consulting MD
determined that C PAP wont work, BiPAP was ordered and should Arrive Next week.
pillows will be up to PHYSICIAN To order.

REQUESTED SOLUTION: What ever policy Deems NECESSARY For FALSIFICATION OF Documents
AND REFUSAL To ADHERE To Directive By Warden Joe EASTERLing
Policy 501.01 VI C(2) Attached Page 3 of 9

_James Gooch_                                    _10-19-10_
Signature of Grievant                              Date

TO BE COMPLETED BY GRIEVANCE CLERK

18403/227904                    11/4/10                    R. Bram
_____          _____          _____
Grievance Number                Date Received            Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____          _____
                            New Due Date                  Signature of Grievant

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____
_____
_____

Chairperson's Response and Reason(s): deemed inappropriate per policy 501.01
(VI)(C)(1) multiple issues

DATE: ~~10-23-10~~ 11/12/10  CHAIRPERSON: SC/o R. Bram

Do you wish to appeal this response? ✓ YES          NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_James Gooch_                    _10-23-10_              SC/o L. Bram
GRIEVANT                          DATE                    WITNESS
                                  11-17-10

Distribution upon final resolution:

     White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                    Page 1 of 2                    RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE**        **(continuation sheet)**

DESCRIPTION OF PROBLEM: I am not qualified to order Pillows." Statements
Made in Response Dated September 3, 2010. By HSA Buford. (THE Property
room has several pillows but I must have an order from Medical to Have-
two. this is something simple that she was directed to Do and basically
has refused.) This was written on September 3, 2010 MS. Buford as the
department head and stated to be received September 9, 2010 in the
grievance office, this should have been submitted to the Commissioners
office with the grievance. Asst. Warden R. Kendrix stated in her response
written on August 13, 2010 "Spoke with HSA Buford on August 12, 2010
stated that CPAP machine was at facility, the doctor Ronald Taylor
did not Prescribe a CPAP machine, that's no where in the directions of the
Consulting physician to give a CPAP machine. This has cause me much pain
and I am choking at night attempting to use the machine that I was given
This beginning in August and still do Not have the Prescribed Materials
Pillows nor a Machine that is in working condition, this 20 day of October
There has been No sense of urgency the orders of the Consulting physician,
I have Continually been told to sign up for sick call, while directives have
been issued and my life is Continually being threatened will malpractive
and and non Compliance of the Medical staff of Hardeman County.
I was even told by HSA Buford on october 8, 2010 "My Budget Can't do
it right NOW" I don't care," well you are just going to have to deal with
it Mr. Gooch." this was stated to me Personally by HSA Buford,
after I attempted to tell her that the (BiPap) machine that I was sent was
Not working properly and was Causing me to choke as if it were cutting off
during the night. Asst. Warden R. Kendrix stated in her response dated August 12, 2010
"Spoke to HSA Buford on 8-12-10 and was informed that the CPAP Machine is at
the facility and the department was waiting on the mask tubing and head
Gear. As Soon as these items arrive inmate will be Contacted and set up."
This has taken Several Months and the machine is still Not Functioning
Properly, I have attempted to Contact HSA Buford by officers calling, sick
call slip's, Request Forms. Several times but have Not received any relief,
Several exhibits attached as documentary proof

JaMES Gooch
264894   K-A 108

# TDOC GRIEVANCE PROCEDURE
## EXHIBIT



**TENNESSEE DEPARTMENT OF CORRECTION**
**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE _8-10-10_

Please respond to the attached grievance, indicating any action taken.
Date due _8-13-10_

| 18123 / 224983 | J. Gooch | 264894 |
|---|---|---|
| Grievance Number | Inmate Name | Inmate Number |

Spoke with HSA Beeson on 8-12-10 and was informed that the CPAP Machine is at the facility and the department was waiting on the Mask tubing and head gear. As soon as these items arrive inmate will be contacted and set up

_R. Kendrick_
**Signature**

AUG 1 3 2010

_8-12-10_
**Date**

White - Inmate Grievant      Canary - Warden      Pink - Grievance Committee      Goldenrod - Commissioner

CR-3148 (REV. 3-00)                                                                RDA 2244

# TDOC GRIEVANCE PROCEDURE
## EXHIBIT

2



**CORRECTIONS CORPORATION OF AMERICA**
*Hardeman County Correctional Facility*

## <u>WARDEN'S DIRECTIVE</u>

**TO:**              **B. Buford, Health Services Administrator**

**FROM:**          **J. Easterling, Warden**

**THROUGH:**    **SCO L. Brown, Grievance Chairperson**

**DATE:**          **August 31st, 2010**

**RE:**              **Grievance # 18123/224983, J. Gooch, # 264894**

The Warden has issued a directive in regards to the above referenced grievance. Please ensure that the directive, as listed below, is completed and implemented. After completion of the required action, the responsible department head should sign, date, and return this form within <u>**five (5) working days**</u> to the Grievance Chairperson. Thank you for your cooperation in this matter.

<u>***YOU ARE DIRECTED TO DO THE FOLLOWING:***</u>  **HSA Buford should ensure that I/M Gooch receive 2 pillows, C-pap machine, and all equipment necessary for proper function in a timely manner as prescribed by the doctor.** *Done*
**(cc: R. Kendrix, Assistant Warden)**

List action that was taken: *MD and consulting MD determined that CPAP won't work. BIPAP was ordered & should arrive next wk. Pillows will be up to physician to order. I*

Responsible Department Head _____  Date _____

*am not qualified to order pillows. Discussed c MD.*

Date Returned to the Grievance Office: _____

SEP 0 9 2010

*Bru Buford HSA   9-3-10*

# TDOC GRIEVANCE PROCEDURE
## EXHIBIT

3

| Effective Date: September 15, 2007 | Index # 501.01 | Page 3 of 9 |
| --- | --- | --- |
| Subject: INMATE GRIEVANCE PROCEDURES | | |

Grievances allegedly involving Title VI complaints shall be simultaneously forwarded to the Title VI Site Coordinator (Deputy Warden/Assistant Warden at privately managed facilities) for review and final determination as to Title VI designation. Those deemed to be actual Title VI complaints (regardless of validity or issue) shall remain flagged as Title VI and investigated as such in accordance with policy. The Title VI Site Coordinator shall notify the grievance board chairperson to remove the Title VI flags for those complaints which he/she determines do not fall within the parameters of a Title VI issue. (See Policy #103.10) In such cases the grievance board chairperson shall remove the flag within one workday of receipt of notification.

The chairperson's response shall be written on CR-1394 following the chairperson's receipt and review of the supervisor's response. There will be a seven working-day time limit at Level I beginning on the day the grievance begins to be processed. If a grievant accepts the supervisor's response, the grievance chairperson shall enter the approval on Grievance (LIBG).

2.  Second Level: Within five calendar days of being notified of the Level I response, the grievant may appeal the response to the grievance committee and Warden. A hearing shall be held within five working days of an appeal's filing. Within five working days of the hearing, the committee's proposed response shall be forwarded to the Warden. Within seven working days of receipt, the Warden shall forward his/her decision to the chairperson. Within five working days of receiving the Warden's response, the chairperson will allow the grievant to review the grievance materials and responses. If the grievant accepts the Level II response, the grievance chairperson shall enter the approval on Grievance (LIBG). The failure of staff to comply with a directive by the Warden as a result of the Warden's review of the grievance may result in disciplinary action.

If the Warden agrees to the grievant's requested solution, the grievant shall not have the right to appeal to Level III.

Grievances concerning TRICOR, over which the Warden has no line authority, shall be forwarded from the committee to the Warden for any comments. The grievance then proceeds to Level III of the process. The Assistant Commissioner of Operations/designee shall review and, if necessary, may forward the grievance for review/response of the Chief Executive Officer.

3.  Third Level: A grievant may appeal the Level II response within five calendar days of receipt of that response. The chairperson shall forward one legible copy of the grievance and all documentation to the Assistant Commissioner of Operations/designee. The Level III response shall be sent to the grievance chairperson for distribution within 25 working days of the date the appeal was received. The chairperson shall enter the final decision on Grievance (LIBG). This response is final and is not subject to appeal. Failure of staff at TDOC managed facilities to comply with a directive by the Assistant Commissioner of Operations or the Assistant Commissioner of Rehabilitative Services as a result of the Level III review may result in disciplinary action. (At privately managed facilities, the Deputy Commissioner



**TENNESSEE DEPARTMENT OF CORRECTION**
**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE  11-4-10

Please respond to the attached grievance, indicating any action taken.
Date due ~~[redacted]~~

18403/ 227904          J. Gooch          264894
Grievance Number        Inmate Name        Inmate Number

In my recent response I did state that a C-Pap had been ordered but it was not a C-Pap but a BI-Pap that had been ordered this was ordered by a Medical Examiner for which I have no control. I will speak with the unit Manager on K unit to ensure that inmate Gooch receive another pillow. I did speak with HSA Bryant again and she stated that she had contacted the Doctor who ordered the BI-Pap Machine and he stated that inmate Gooch refused to wear the Machine long enough for it to be Checked again to see if there was a problem with it. HSA Bryant will speak with inmate Gooch and instruct him on the use of the Machine

R. Lender
Signature

11-9-10
NOV 0 9 2010   Date

White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-3148 (REV. 3-00)                                RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

J. Gooch _____ 264894 _____ HCCF / KA-108 ___ 18403 /227904
NAME                NUMBER       INSTITUTION & UNIT    GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _Claims HSA Buford falsified documents and_
_she refuses to follow a Warden's directive._

Inmate Grievance Committee's Response and Reasons _Deemed inappropriate per Policy 501.01_
_(multiple issues)_

11/18/10 _____ S40 Brown _____
DATE              CHAIRMAN                              MEMBER

_____     _____     _____
MEMBER                 MEMBER                 MEMBER

---

Warden's Response:     Agrees with Proposed Response     ☑

Disagrees with Proposed Response     ☐

If  Disagrees, Reason(s) for Disagreement _____

Action Taken: _____

DATE: 11-19-10     WARDEN'S SIGNATURE: _____     NOV 2 9 2010

Do you wish to appeal this response?     ✓ YES _____ NO

If yes:   Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction
          to previous responses if so desired.

James Gooch _____ 11-29-10 _____ SCI J. Brown
GRIEVANT              DATE                 WITNESS

Commissioner's Response and Reason(s): _____

_____

_____     _____
DATE                  SIGNATURE

Distribution Upon Final Resolution:
          White – Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner
CR-1393 (Rev. 3-00)                                                                      RDA 2244





**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
5TH FLOOR   RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE   37243-0465

## MEMORANDUM

Inmate Name: _James Gooch_    TDOC Number: _264894_

Institution: _HCCF_    Housing Unit: _KA-108_

Institution Grievance Number: _18403_    TOMIS Grievance Number: _227904_

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and:

☒ Concurs with Warden    ☐ Concurs with Committee    ☐ Concurs with Supervisor

☐ Concurs Medical Co-Payment was Appropriate

_12/14/10_
Date

_____
Assistant Commissioner, Operations

GR-6

*Ms. Buford RSA*

**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE INQUIRY - INFORMATION REQUEST**

*CCA  H.CC.F*
_____
INSTITUTION

*James Gooch*                                    *2264894*
_____              _____
INMATE NAME *(Please Print)*                    INMATE NUMBER

UNIT: *K-A*          ROOM / BED: *108*          DATE: *11-12-10*

ROUTED TO: ☐ Unit Manager  ☐ Inmate Relations Coordinator (IRC)  ☐ Counselor  ☐ Job Coordinator

1. Inmate Inquiry / Request: *'I NEED The Right Kind on Breathing Machine & medium Gel MASK Please. Every night without ~~AND~~ NO Bi PAP NO 2 Pillows Is A Life or Death Situation.*

2. Action by Counselor / IRC: *I already talked to you.*

*Bu Buford RSA*
*11-17-10*

COUNSELOR / IRC SIGNATURE                    DATE

3. Action by Record Office: _____

_____

_____

_____

_____

RECORD'S OFFICE STAFF SIGNATURE                    DATE

4. Sentence Management Services (SMS) Response: _____

_____

_____

_____

_____

_____

SMS STAFF SIGNATURE                    DATE

White - Inmate          Canary - Record Office          Pink - Counselor/IRC          RDA 1167
600118-3319



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE**

KA-108

JAMES GOOCH          264894     CCA  H.C.C.F  KA-000
NAME                 NUMBER           INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: Grievance is on Ms. Buford H.S.A know my condiction
Do Not HAVE ME IN the system As Class B Medical And Buford Knows
About My obstructive sleep apnea syndrome Disorder

REQUESTED SOLUTION: Take Health Care More Serious And Put My Class B Medical
in The Computer System, So EVERY 6/ will Know I NEED A Bottom
Bunk where EVER I GO.

*James Gooch*                    12-9-10
Signature of Grievant                   Date

---

*TO BE COMPLETED BY GRIEVANCE CLERK*

18521/229233          12-14-10              R. Brown
Grievance Number       Date Received        Signature of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: 12/31/10        *James Gooch*
                      New Due Date        Signature of Grievant

---

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

Chairperson's Response and Reason(s): Concur with supervisor's response

_____

DATE: 12/29/10         CHAIRPERSON: Sct R. Brown
Do you wish to appeal this response?    ✓ Yes  ____ No

If yes:  Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.
*James Gooch*               12-28-10
      GRIEVANT                  DATE                    WITNESS

Distribution Upon Final Resolution:
     White - Inmate Grievant   Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner (if applicable)

CR-1394(Rev.3-00)
                          Page 1 of 2
                                                              RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE**        **(continuation sheet)**

12-9-10

DESCRIPTION OF PROBLEM: I Spoke with Ms. BuFord HSA About THEY HAVE ME IN THE Computer AS CLASS A MEDICAL. I HAVE A sleep Disorder, WERE I CAN+ Controle ~~with~~ I CAN FALL A sleep siting up, I Kick, smiing IN The Middle of the Night. I FALL A sleep puting My shoes ON. IF Ms. BuFord HSA Would TAKE My Sleep apnea DiSORDER MORE Serious AND FounD out ABout My Disorder BY Doing Some Reserch HSA, BuFord Would Already HAD A C/Ass B Medical iN The Computer. AFTEr I CAME From Jackson Medical Sleep Disorder Hospital AND DR. Ronald TAYlor put Me oN A Bi Level pap BREathing MAchine 7-28-10. With My Medical Condiction AND~~body~~ Would KNOW IM CLASS B Midical. WHEre CAN I Put A BREAthing MAchine Sleeping ON TOP BUNK. No Where. I NEED My cLASs B IN The computer system

JAMES GOOCH

264894



**TENNESSEE DEPARTMENT OF CORRECTION**
**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE _12-14-10_            Please respond to the attached grievance, indicating any action taken.
                           Date due ▓▓▓▓▓▓

_18571/289233_          _J. Gooch_              _264894_
Grievance Number           Inmate Name              Inmate Number

The Doctor not the HSA is the person
who make the decision as to wheather inmate
are class B or class A Medical. I will
have your chart pulled and checked to see if
you have been classified as a class B
Medical and what recommendation have
been Made by the Doctor at HCCF. If you
have been classified as a class B medical
your Complaint will be looked into with
the recommendation Made

_R. Lendrid_                          DEC 20 2010
                                      _12-20-10_
Signature                              Date

White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-3148 (REV. 3-00)                                                    RDA 2244

# DATE OF HEARING: 12-29-10

_S/o L. Brown_____ Grievance Chairperson     Hearing Began At: _11:50 AM_

Hearing Concluded: _11:54 AM_

Elected Voting Board Members Present:

1. _T. Brumbelow_ Staff Member    2. _J Dillard_____ Staff Member
3. _R. Hembree_____ I/M Member    4. _B. Lapham_____ I/M Member

The Chairperson read the grievance, the Supervisor's response and the Grievant's requested solution.

Grievant's Name: _J. Gooch_____    TDOC #: _264894_    GR #: _18521/229233_

_Relevant new information presented:_ _Hearing held in Absentia._

_____

_____

_____

_____

_Witnesses:_

**Inmate Name** _____ TDOC#: _____ Unit: _____

Statement: _____

_____

_____

**Staff Witness:** _____ **POSITION:** _____

Statement: _____

_____

_____

# COMMITTEE'S
# RECOMMENDATION: _CR-1393_____

_____

_____



### TENNESSEE DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE RESPONSE

| J. Gooch | 264894 | HCCF/KA-108 | 18521/229233 |
|---|---|---|---|
| NAME | NUMBER | INSTITUTION & UNIT | GRIEVANCE NUMBER |

Summary of Evidence and Testimony Presented to Committee _Claims HSA Buford does not have him in the system as a Class B medical._

Inmate Grievance Committee's Response and Reasons _Board discussed; A/W Kendrix should follow up with I/M Gooch Regarding his medical Classification._

| 12/29/10 | S/c/o L. Bran | ~~signature~~ |
|---|---|---|
| DATE | CHAIRMAN | MEMBER |

| Ricky Hambree | ~~signature~~ | Brumbelow |
|---|---|---|
| MEMBER | MEMBER | MEMBER |

---

Warden's Response:   Agrees with Proposed Response   ☑

Disagrees with Proposed Response   ☐

If Disagrees, Reason(s) for Disagreement _____

---

Action Taken: _____

DATE: _1-6-11_   WARDEN'S SIGNATURE: _____   JAN 0 7 2011

Do you wish to appeal this response? _____ YES _____ NO

If yes:   Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

_Forward to next level - I/M out to court._

| GRIEVANT | DATE | WITNESS |
|---|---|---|

---

Commissioner's Response and Reason(s): _____

_____

_____

| | |
|---|---|
| DATE | SIGNATURE |

Distribution Upon Final Resolution:
   White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                                                                    RDA 2244



**CORRECTIONS CORPORATION OF AMERICA**
*Hardeman County Correctional Facility*

# WARDEN'S DIRECTIVE

TO:            **R. Kendrix, Assistant Warden**

FROM:          **J. Easterling, Warden**

THROUGH:       **SCO L. Brown, Grievance Chairperson**

DATE:          **January 7th, 2011**

RE:            **Grievance # 18521/229233, J. Gooch, # 264894**

The Warden has issued a directive in regards to the above referenced grievance. Please ensure that the directive, as listed below, is completed and implemented. After completion of the required action, the responsible department head should sign, date, and return this form within **five (5) working days** to the Grievance Chairperson. Thank you for your cooperation in this matter.

## *YOU ARE DIRECTED TO DO THE FOLLOWING:*   Board discussed; A/W Kendrix should follow up with I/M Gooch regarding his medical classification.

List action that was taken: Spoke with ASA Buford inmate is not a Class B Medical. See Comment on Tomis

Rosie Kendex                          1-12-11
**Responsible Department Head**          Date

                                      JAN 1 2 2011

Date Returned to the Grievance Office: _____



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
5TH FLOOR   RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE   37243-0465

## MEMORANDUM

Inmate Name: _James Gooch_     TDOC Number: _264894_

Institution: _HCCF_     Housing Unit: _KA-108_

Institution Grievance Number: _18521_     TOMIS Grievance Number: _229233_

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and:

☐ Concurs with Warden     ☒ Concurs with Committee     ☐ Concurs with Supervisor

☐ Concurs Medical Co-Payment was Appropriate

RECEIVED
FEB 18 2011
By _____

___1/31/11___
Date

_____
Assistant Commissioner, Operations

GR-6

# EMERGENCIE GrIEVANCE



**TENNESSEE DEPARTMENT OF CORRECTION**

CBCC Grievance

**INMATE GRIEVANCE**

MAR 0 9 2011

RECEIVED cell

JAMES A Gooch          264894          C.B.C.X 7-21
NAME                   NUMBER          INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: C.B.C.X Medical FAIL To Provide serious Medical Treatment. For chronic Disorder For (obstructive sleep ApNea) Bi-pAp Breathing MAchine.

REQUESTED SOLUTION: Need Bi-pAp Breathing MAchine For Chronic Disorder (obstrutive Sleep ApNea) or sent To Special Needs FAcility were Medical care provide Bi-pap Breathing MAchine For Chronic Disorder

James a Gooch jr.                    December 31-2010
Signature of Grievant                        Date

---

*TO BE COMPLETED BY GRIEVANCE CLERK*

18452                1/14/11
Grievance Number       Date Received          Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____          _____
                        New Due Date                Signature of Grievant

---

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: Due the lack of th BI-pap Machine, as one not transferred with I/m Gooch 264894, HE will be trans feered to unit 4 for Medical observation for the remainder of his time here

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____          CHAIRPERSON: _____

Do you wish to appeal this response?   ✓ YES   _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

James Gooch                2-3-2011          Sgt. L. Braun
GRIEVANT                     DATE                WITNESS

Distribution upon final resolution:

    White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                Page 1 of 2                RDA 2244

Emergencie Grievance
C.B.C. X Medical

**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**        **(continuation sheet)**

DESCRIPTION OF PROBLEM: C.B.C. X Medical HAVE DeNied Serious
ATTENTION For My Chronic Disorder (obstructive Sleep ApNeA)
I stop Breathing IN sleep I sleep oN Bi-pAp MAchine
Documents Are — IN My Medical File.
December 30-2010 prox: 7:40 EXAMiNed by qualified
Medical Personnel Dr. Ms. Boyde M.D.
C.B.C. X Medical officials violate the Constitution When
they intentionally deny or delay Access To Medical Care
provide grossly inadequate Treatment, or intentionally interfer
With prescibed treatment From Dr. RoNald F. TAylor' M.D
JAckson-Madison County GeNral Hospital Sleep Disorder
For chronic Disorder (obstructive sleep ApNeA)
Without Bi-pAp Breathing MAchine.
Stop Breathing IN sleep is Life ThreatNeing!
PleAse Protect My HeAlth AND SAfty.

JAMES A Gooch
264894

*Continued Statement from Cpt. Brabee*



**TENNESSEE DEPARTMENT OF CORRECTION**

~~INMATE GRIEVANCE~~      ~~(continuation sheet)~~

DESCRIPTION OF PROBLEM: at CBCX Gooch will be monitored hourly by the officer and every 4 hours by the Nurse, or more Frequently as needed. Gooch has been seen in the clinic today and plan of Care was discussed with him per the Nurse Practitioner. CBCX Medical Director was contacted and approves with this plan of action. by during this for your safety. ~~~~

Captain Michael Barber   12-31-2010

RECEIVED

MAR 1 1 2011

CBCC
WARDEN'S OFFICE

Distribution upon final resolution:

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

## INMATE GRIEVANCE RESPONSE

James Gooch      264894      HCCF      18852
_NAME_          _NUMBER_   _INSTITUTION & UNIT_   _GRIEVANCE NUMBER_

Summary of Evidence and Testimony Presented to Committee

RECEIVED

MAR 1 1 2011

CBCC
WARDEN'S OFFICE

Inmate Grievance ~~Committee's~~ Chairperson's Proposed Response and Reasons Grievance has no merit. I/M was not using machine prior to transfer. HSA Boyd spoke w/ I/M on 1/20/11 and I/M voiced no concerns about his care.

3/9/11 _____ Drew Beasley _____ _____
/DATE              CHAIRMAN                MEMBER

_____      _____       _____
MEMBER             MEMBER              MEMBER

==================================================================

Warden's Response:   Agrees with Proposed Response      [✓]
                     Disagrees with Proposed Response   [ ]

If Disagrees, Reason(s) for Disagreement _____

_____

_____

_____

Action Taken:
DATE 3-21-11 _____   WARDEN'S SIGNATURE _____
Do you wish to appeal this response?   X   YES   _____ NO

If yes:  Sign, date, and return to chairman for processing.  Grievant may at-
         tach supplemental clarification of issues or rebuttal/reaction to
         previous responses if so desired.

James Gooch      4-25-11 _____   _____
GRIEVANT            DATE                WITNESS

=====CBCC Grievance===============================================

Commissioner's Response and Reasons _____

MAY 1 1 2011

_____ RECEIVED _____

_____

DATE_____        SIGNATURE_____

Distribution Upon
 Final Resolution:   1.  Grievant    3.  Grievance Committee
                     2.  Warden      4.  Commissioner (if ap-
                                         plicable)

CR-1393 (Rev. 7/87)                                    RDA-1167

James Gooch #264894

All MY Grievance Came up missing
At C.B.C.X And Cpl Beasley Can't
Give me No Exspernation. I FEEL Like
That Not very per professional IN A
Serious Matter.

CBCC Grievance

MAY 11 2011

RECEIVED

Neglect · Neglect                    Fender    Assistant chief of sucurty    security

DEC 29 2010

Requester

Grievance is on ms. Burford H.S.A. NoT Allowing providing Bi-PAP Breathing
Machine. ~~toces I/M reset Going Back and Fourth To~~

on December 29 2010 At Prox: 9:30 I/M ~~coach~~ Had To ~~go To court~~ Get Transfered To
C.B.C.X For Court. I Explained To Assistant chief Fender
Maching Due To my obstructive sleep Apnea I Stop Breathing In my sleep THAT I HAVE To HAVE Bi-PAP Breathing
In order To Breath At Night, Assistant chief Fender Called H.S.A
Buford And she order That NoT ~~To~~ Let I/M coach TAKE ~~Breathing~~ Do
Bi-PAP Breathing machine with Him To court.
Buford KNOW About my opstructive sleep Apnea How I stop Breathing
IN sleep. If Ms. Buford H.S.A Constant ~~Neglect~~ Negligence ~~To you Goodh~~ show To
medical Professinal Negligence My Medical Need For My Bi-PAP
~~Breathing machine cause~~ Im A once medical Professinal knew
About my serious medical needs since ~~between~~ DR. Ronald Taylor 9-27-10
sleep disorders Center Jackson-madison County General Hospital
Found Several Obstructive sleep Apnea's ~~when~~ that cause me To
stop Breathing In sleep And Informed In Medical File
Documents of A Copy To B. Buford, Health Services
Administrator.

James A Coach
#264894

CBCC Grievance

MAY 11 2011

RECEIVED

DEC 29 2010

Srvance on H.C.C.F.   Assistant Warden Rosie Kendrix supervisor over Medical

Denied Serious Medical Need intentionally

on (Dec) 29-2010 At Prox 9:30 Sgt. Crump Search My stuff For C.B.C.X Court % Greer
Notice My BiPAP Breathing Machine For My Chronic Disorder
obstructive Sleep Apnea % Greer Said do H.C.C.F Medical KNOW you Taken
Bipap Breathing Machine, I Explained I stop Breathing in My Sleep I Have
Serious Medical Needs, So He stops assistant chief Fender in the Hallway
AND assistant chief Fender Ask Assistant warden Rosi Kendrix supervisor
over H.C.C.F Medical, She called Barbara Buford And Assistant Warden
Rosie Kendrix superviser over medical Gave A Directed Assistant chief Fender
Bipap Breathing Machine DO NOT Leave H.C.C.F put it IN His
property until He Come back from Court,
Assistant Warden Rosie Kendrix Supervisor over H.C.C.F Medical
professinal decision Was A substantial departure From accepted
professinal Judge ment.
Denied Serious Medical Need intentionallY

James Gooch #264894

CBCC Grievance

MAY 11 2011

RECEIVED

Refuuse  12- 29 2010   Medical Needs

C.B.C.X Medical Health Administrator CONTActed H CCF
Ms Boyed HEAlth Service Administrator Dec 30 2010.
inmate James A Gooch SAID H.C.C.F Refused To Let
A Bi pap breathing machine For Chronic Disorder Go with
him To Court Buford H.S.A ANd Assistant worden said
No Bi Pap Breathing machine stAy AT H.C.C.F Facility

JAN          on The 4th AND 5th     2011
Sumner Co. Jail
Health service Administrator Melanie Miller
Requested H.C.C.F B. Buford Health service Administrator
Inmate Gooch 264894 Has serious medical needs with
his obstructive sleep Apnea A Chronic Disorder is very
Serious. you stop Breathing In Sleep

It Took C.B.C.X Health service Administrator Plus
It Took Sumner Co. Health service Administrator
Just To Get my serious medical need BipAp
Breathing machine
10 DAYS LATER AFTER Sumner Co Jail
Melanie Miller Health service Administrator
GAVE Directed H.C.C.F In maTE Need His BipAp
Breathing machine JAN 7 -2011   12:30 Friday Evening
It Came Through The mail.

                        JaMES A Gooch
   CBCC Grievance        # 264894

   MAY 11 2011

   RECEIVED



TENNESSEE DEPARTMENT OF CORRECTION

**PROBLEM ORIENTED – PROGRESS RECORD**
Charles Bass Correctional Complex

INSTITUTION

INMATE NAME: Gooch, James    INMATE NUMBER: 26478A

| DATE | TIME/PLACE | PROB NO. | |
|------|-----------|----------|---|
| 12/27/10 | 2:00 Clinic | | **Intake Screening for Incoming Inmates on Chain Bus**<br><br>Received at Charles Bass Correctional Complex:<br><br>Pt. transferred from _HCCF_ to C.B.C.X.<br><br>Orientation and Health Screening was completed.<br><br>Medical Records received:　　　　　YES　NO<br><br>Medication Orders:　　　　　　　　YES　NO<br><br>Medication received with inmate:　　YES　NO<br><br>MAR received with inmate:　　　　　YES　NO<br><br>Will inmate be permanently housed at C.B.C.X.?　　YES　NO<br>(If permanently housed fill out Intake Referral)<br><br>　　　　　　　　　　　　Delores Cason, RN<br>　　　　　　　　　　　　*Delores Cason RN*<br>　　　　　　　　　　　　Signature and Title |
| 12.31.10 | 1130 CBCX | | Received correspondence from security re: I/m 40 not having his Bi-Pap machine here @ CBCX. I/m was transferred from HCCF on 12-27-10 to CBCX ē Bi Pap. Medical Dept @ HCCF contacted & left voicemail requesting them to possibly overnight ship Bi-Pap; provided contact numbers for return call. CBCX HSA contacted & informed. She spoke ē Barbara Buford, HSA @ HCCF & stated I/m is due to be transferred back to HCCF 1st thing. I/m was not using prior to transfer to CBCX. Will continue to monitor I/m & will transfer to ER if experiences any immediate distress. *Kelly Cassity, RN, DON* ~1100 |

CR-1884 (Rev. 5-01)　　Do Not Write on Back　Printed or Duplicate as Needed



**TENNESSEE DEPARTMENT OF CORRECTION**

**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE: 1/14/11

Please respond to the attached grievance, indicating any action taken.

Date Due: 1/20/11

18852
Grievance Number

James Gooch
Inmate Name

264894
Inmate Number

See Attached Progress note Related To Emergency Grievance Filed 12/31/2010, written By Kelley Cossetty RN-Director of Nursing.

I spoke with The Inmate Today 01/20/11 Related To Diagnosis of Sleep Apnea and his use of The BiPap machine. The Inmate did not voice any concerns Related To his Care at CBCX at this time.

I educated The Inmate of The need for Medical Observation when inmate is complaining of a possible occurrence of illness. This is done to protect his well-being while housed @ CBCX. Inmate verbalized understanding of the procedure.

Brenda J. Bugli RN HSA
SIGNATURE

01/20/11
DATE

White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner

CR-3148 (Rev. 3-00)                                                                                          RDA 2244



STATE OF TENNESSEE
**DEPARTMENT OF CORRECTION**
5TH FLOOR RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465

## MEMORANDUM

Inmate Name: ____James Gooch____        TDOC Number: __264894__

Institution: ____CBCX____        Housing Unit: _____

Institution Grievance Number: __18562__        TOMIS Grievance Number: __229725__

Commissioner's Response and Reasons:

☐ Concur with Warden        ☒ Concur with Supervisor

___5/10/11___        _____
    Date            Assistant Commissioner, Operations

GR-1A



Tennessee Department of Correction
Division of Adult Institutions

## CHARLES B. BASS CORRECTIONAL COMPLEX

MAIN                                         ANNEX
7177 Cockrill Bend Industrial Road          7466 Centennial Boulevard, Extended
Nashville, Tennessee 37243-0470             Nashville, Tennessee 37243-0466
Telephone (615) 350-3361 * Fax (615) 350-3319   Telephone: (615) 350-3389 * Fax: (615) 350-3395

**\* Dwight A. Barbee, Warden \***

## <u>MEMORANDUM</u>

**TO:**        Grievance Chairperson

**FROM:**      Cpl. D. Beasley, Grievance Chairperson

**DATE:**      5/27/11

**SUBJECT:**   Grievance No. 18452

Please allow _James Gooch, 264894_ to review the enclosed grievance(s) and:

_____ This grievance has been filed against your facility. Please obtain a Supervisor's Response and process through Level II then return all copies to CBCX as soon as possible.

_____ Sign for either appeal or resolving.  If resolving, have inmate sign, checking "NO."  If appealing, have inmate sign, checking "YES" and return to CBCX-Main for further processing. (*If the inmate is currently out to court, please hold until his return to your facility.*)

___X___ Please forward to the above inmate the enclosed response by the Commissioner, together with the original copies.



# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE

JAMES Gooch _____ 264894 _____ HA-III
NAME              NUMBER           INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: Grievance oN R. Kendrix, Assistant Warden
HAVE NOT Follow up with ME regarding My Medical SleEP ApNEA

REQUESTED SOLUTION: ClAss B MEdical For chronic disorder

James Gooch _____ 3-8-2011
Signature of Grievant           Date

```
······································································································
```

TO BE COMPLETED BY GRIEVANCE CLERK

18758 / 232098 ____ 3/8/11 ____ L. Brown
Grievance Number      Date Received      Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____    _____
                        New Due Date          Signature of Grievant

```
······································································································
```

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

_____

Chairperson's Response and Reason(s): AcKnowledge SUPERViSoR's RESPONSE

DATE: 3/21/11    CHAIRPERSON: SC/O L. BRown

Do you wish to appeal this response?   ✓ YES    _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

James Gooch _____ 3-21-71 _____ Clot Odh
GRIEVANT              DATE              WITNESS

Distribution upon final resolution:

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                Page 1 of 2                RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

<u>**INMATE GRIEVANCE**</u>   <u>**(continuation sheet)**</u>

DESCRIPTION OF PROBLEM: J. EAsterling, WArdeN

HAS issued A directive iN regards Kendrix, ASSistant
WArdeN ShoUld Follow Up with I/M GoocH regarding
MEdicaL CLAssification JAN 7th 2011,
R. KeNdrix, AsstaNt WArdeN HAVE NOT DONE NoNthiNg
regarding My CLAss B MedicaL, its NoW MArch 8 2011
Its No CoopEratioN iN THis MAtter.

JAMES GoocH
264894

| Effective Date: September 15, 2007 | Index # 501.01 | Page   3   of   9 |
|---|---|---|

**Subject:   INMATE GRIEVANCE PROCEDURES**

grievances allegedly involving Title ~~~~~~~~~~~~~~~~~~~~~ simultaneously forwarded to the Title VI Site Coordinator (Deputy Warden/Assistant Warden at privately managed facilities) for review and final determination as to Title VI designation. Those deemed to be actual Title VI complaints (regardless of validity or issue) shall remain flagged as Title VI and investigated as such in accordance with policy. The Title VI Site Coordinator shall notify the grievance board chairperson to remove the Title VI flags for those complaints which he/she determines do not fall within the parameters of a Title VI issue. (See Policy #103.10) In such cases the grievance board chairperson shall remove the flag within one workday of receipt of notification.

The chairperson's response shall be written on CR-1394 following the chairperson's receipt and review of the supervisor's response. There will be a seven working-day time limit at Level I beginning on the day the grievance begins to be processed. If a grievant accepts the supervisor's response, the grievance chairperson shall enter the approval on Grievance (LIBG).

2.     Second Level:  Within five calendar days of being notified of the Level I response, the grievant may appeal the response to the grievance committee and Warden. A hearing shall be held within five working days of an appeal's filing. Within five working days of the hearing, the committee's proposed response shall be forwarded to the Warden. Within seven working days of receipt, the Warden shall forward his/her decision to the chairperson. Within five working days of receiving the Warden's response, the chairperson will allow the grievant to review the grievance materials and responses. If the grievant accepts the Level II response, the grievance chairperson shall enter the approval on Grievance (LIBG). The failure of staff to comply with a directive by the Warden as a result of the Warden's review of the grievance may result in disciplinary action.

If the Warden agrees to the grievant's requested solution, the grievant shall not have the right to appeal to Level III.

Grievances concerning TRICOR, over which the Warden has no line authority, shall be forwarded from the committee to the Warden for any comments. The grievance then proceeds to Level III of the process.    The Assistant Commissioner of Operations/designee shall review and, if necessary, may forward the grievance for review/response of the Chief Executive Officer.

3.     Third Level:  A grievant may appeal the Level II response within five calendar days of receipt of that response.   The chairperson shall forward one legible copy of the grievance   and   all   documentation   to   the   Assistant   Commissioner   of Operations/designee. The Level III response shall be sent to the grievant by the chairperson for distribution within 25 working days of the date the appeal is received. The chairperson shall enter the final decision on Grievance (LIBG). The decision is final and is not subject to appeal. Failure of staff at TDOC managed facilities to comply with a directive by the Assistant Commissioner of Operations or the Assistant Commissioner of Rehabilitative Services as a result of the Level III review may result in disciplinary action. (At privately managed facilities, the failure ~~~~~~~~~~~~~~~~~~~~~~~~~

**CCA**

**CORRECTIONS CORPORATION OF AMERICA**
*Hardeman County Correctional Facility*

## WARDEN'S DIRECTIVE

**TO:**            R. Kendrix, Assistant Warden

**FROM:**       J. Easterling, Warden

**THROUGH:**  SCO L. Brown, Grievance Chairperson

**DATE:**        January 7th, 2011

**RE:**            Grievance # 18521/229233, J. Gooch, # 264894

The Warden has issued a directive in regards to the above referenced grievance. Please ensure that the directive, as listed below, is completed and implemented.   After completion of the required action, the responsible department head should sign, date, and return this form within **five (5) working days** to the Grievance Chairperson.  Thank you for your cooperation in this matter.

### *YOU ARE DIRECTED TO DO THE FOLLOWING:*   Board discussed; A/W Kendrix should follow up with I/M Gooch regarding his medical classification.

List action that was taken: _____

_____

_____

_____        _____
Responsible Department Head                      Date

Date Returned to the Grievance Office: _____



**TENNESSEE DEPARTMENT OF CORRECTION**
**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE ___3-8-11___         Please respond to the attached grievance, indicating any action taken.
Date due _____

___18758 / 2 32098___    ___J. Gooch___         ___264894___
Grievance Number              Inmate Name                Inmate Number

_Your Medical Issue are berry_
_followed upon as Derected ._

RECEIVED
MAR 16 2011
By_____

_____          ___3-11-11___
Signature                                         Date

White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-3148 (REV. 3-00)                                                    RDA 2244



## TENNESSEE DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE RESPONSE

J. Gooch _____ 264894 _____ HCCF-HA-111 _____ 18758/232098
NAME       NUMBER       INSTITUTION & UNIT       GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee  Claims A/w Kendrix will not follow a directive issued by the Warden. (18521/229233)

Inmate Grievance Committee's Response and Reasons  Board discussed; Requested solution has been met

3/23/11 _____ S/C/o L. Bran _____
DATE       CHAIRMAN       MEMBER

Knight Dawson _____
MEMBER       MEMBER       MEMBER

---

Warden's Response:       Agrees with Proposed Response  ☑

Disagrees with Proposed Response  ☐

If Disagrees, Reason(s) for Disagreement _____

RECEIVED  APR 01 2011  By

Action Taken: _____

DATE: 3-31-11      WARDEN'S SIGNATURE: _____

Do you wish to appeal this response? _____ YES _____ NO

If yes:  Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

Appeal in Absent _____ 4-5-11 _____ S/C/o L. Bran
GRIEVANT       DATE       WITNESS

Commissioner's Response and Reason(s): _____

_____

_____

_____ _____
DATE            SIGNATURE

Distribution Upon Final Resolution:
     White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)            RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE 5-10-11

Please respond to the attached grievance, indicating any action taken.
Date due 5-10-11

18758 _____    James Goork _____    264894 _____
Grievance Number                Inmate Name                        Inmate Number

All of Inmate Goork's needs & complaints
have been addressed. He has received
a BiPAP machine and has been given
3 (three) different masks because he
has complained about the fit or some
other problem with them. He receives
distilled water for his machine as
needed. I have advised Inmate
Goork that this department has met
all of his needs. I reported each step
to Warden Sexton at her direction

Signature _____ HSA        5-10-11
          Signature                    Date

White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-3148 (REV. 3-00)                                                    RDA 2244



STATE OF TENNESSEE
**DEPARTMENT OF CORRECTION**
4TH FLOOR RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465

## MEMORANDUM

Inmate Name: ~~Jimmy Church~~     TDOC Number: 264894

Institution: _HCCF_     Housing Unit: ~~L4 III~~

Institution Grievance Number: _18758_   TOMIS Grievance Number: 232 698

Commissioner's Response and Reasons:


[Y]  Concur with Warden    [✓]  Concur with Supervisor    [ ]  Appeal Denied


_02-08-11_
Date            Assistant Commissioner, Operations

GR-1A

## HARDEMAN COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

Attachment 20-110A

TO: MS. Burford _____ DEPT: H.C.C.F _____ DATE: 1-13-10

REQUEST: IM IN School THEY write me up when Im To Tired To Go or over Sleep, They "wAnt A written" Not That I Do HAVE A Sleeping Disorder. They wAnt Something From medical, To put on FilE So They will Know Im Telling The Truth They wAnt Listen To me or unit manger ESTER Try The Do Board And school Teacher wAnt Some A A written statment From medical To Go ON FilE That I DO HAVE A Sleeping Disorder.

James Gooch _____ 264894 _____ KA 107 __ OTC

INMATE NAME (PRINT NAME)              NUMBER          HOUSING ASSIGNMENT

RESPONSE: _____
_____
_____
_____
_____

STAFF SIGNATURE                    DATE:

(Rev. 4/02)

700113-2234

## HARDEMAN COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

Attachment 20-110A

TO: _Ms. Burford_     DEPT: _H.C.C.F_     DATE: _1-20-10_

REQUEST: _I choke Every day And Most of The DAY And Nothing Has'nt Got Done About My sleeping Disorder. Do My Family Got To Go oVEr your HEAd And push The isue Me And MY FAMIly Has Been patiENt And Respectful For over 4 MoNth Now Im Tired All The Time plus I chock When I sleep CaN you stop Giving ME The RUN ARound ANd Go AHEAd And TAKE CaRE oF this Matter._

_JAMES Gooch_               _264894_          _K-A107 → STC_

INMATE NAME (PRINT NAME)               NUMBER          HOUSING ASSIGNMENT

RESPONSE: _have addressed this issue numerous times. When your records get here, we will review your case & the doctor will do what he thinks is best._

_Bum Burford NSA_          _2-A-10_

STAFF SIGNATURE               DATE:

(Rev. 4/02)

Cc: Original - Responding Staff
    Inmate Copy

700113-2234

# HARDEMAN COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

Attachment 20-110A

TO: _Medical MS. Burford_   DEPT: _H·C·C·F_   DATE: _2-9-10_

REQUEST: _ON Sept 9-09 thru Oct 14·09 TO FEB-9-10 AND MANY More TIMES that I JAMES Gooch HAVE Trouble BReathing at Night AND DAY Because of my disorder sleep apNea and low-grade narcolepsy ON 7 Oct 2009 I Filled A grievance AND Nothing still HASN't Been DONE yet Can Somebody please Help Me pleAse I CAN'T Do much From A INMATE Position So Could you Help me you will Be Blessed. THANK For your Attention GOD Bless you MAM._

_JAMES A Gooch_                _264894_                _K-A 107_  —— OTC

INMATE NAME (PRINT NAME)                NUMBER                HOUSING ASSIGNMENT

RESPONSE: _You came down + signed a Release for us to send off for your records. We haven't received them yet, but will let you Know when we to_

_M Bouford HSA_                _2-17-10_

STAFF SIGNATURE                        DATE:

(Rev. 4/02)

Cc: Original - Responding Staff
    Inmate Copy

700113-2234

## HARDEMAN COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

Attachment 20-110A

TO: Ms. Burford          DEPT: H.C.C.F     DATE: 2-10-10

REQUEST: I should Be Class B medical I WAS Before I Got To H.C.C.F I Need This on The computer About my Disorder Im on A Bottom Now I Just Need This posted So officers will Respect my ~~Disorder~~ Sleeping Disorder THEY say if Im Class B medical AVO I Need it on the Computer So we want Have No problems.

JAMES Gooch          264894          K-A 107

INMATE NAME (PRINT NAME)     NUMBER     HOUSING ASSIGNMENT

RESPONSE: _____
_____
_____
_____
_____
_____

STAFF SIGNATURE          DATE:

(Rev. 4/02)

Cc: Original - Responding Staff
     Inmate Copy

700113-2234

## HARDEMAN COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

Attachment 20-110A

TO: Ms. Burford                    DEPT: H.C.C.F   DATE: 4/6/10

REQUEST: On Sept 9/9/09, Oct-14, FEB 9-10, March, April I Games Gooch Have Trouble Breathing my disorder is sleep apnea and low grade narcolepsy ON OCT 7-09 I Filed A grievance AND Nothing still Hasn't Been Done yet Can I Get some Help please.

JAMES A Gooch                    264894          K-B 102

INMATE NAME (PRINT NAME)          NUMBER          HOUSING ASSIGNMENT

RESPONSE: I'll get with the doctor's nurse + see if we can't get something done. We were told by the medical center you had us contact that they had no records for you.

Bur __ Burford HSA          4-16-10

STAFF SIGNATURE                    DATE:

Cc: Original - Responding Staff
    Inmate Copy

(Rev. 4/02)
70011-2234

# HARDEMAN COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

Attachment 20-110A

TO: Barbra Burford          DEPT: H.C.C.F          DATE: 10-22-09

REQUEST: I sleep on A C-PAP Machine AND NObody Show me No medical Attention I stay Choking In My sleep Chest stay Hurting And HAVE No Energy From lack of sleep Could Somebody Please Help me With This MATTER PLEASE.

James Gooch                    264894          K-A-209

INMATE NAME (PRINT NAME)          NUMBER          HOUSING ASSIGNMENT

RESPONSE: You have had a sleep study ordered. However it has not yet been approved. If it is approved, you will be called to medical when it's time for your appointment. Yes, you are receiving medical attention.

_____ HSA          11-18-9

STAFF SIGNATURE          DATE:

Cc: Original - Responding Staff
     Inmate Copy

(Rev. 4/02)

700113-2234



## TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

James Gooch _____ 264894 ___ HCCF  KA-209
NAME      NUMBER     INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: On 14 Oct 2009, Grievant told counselor Davis that he was having trouble breathing at night because he has sleep apnea and low-grade narcolepsy. On 7 Oct 2009, Grievant,

REQUESTED SOLUTION: C-Pap machine be issued or at the least, medical to allow me to see someone.

James Gooch _____    10-14-09
Signature of Grievant         Date

---

### TO BE COMPLETED BY GRIEVANCE CLERK

17281 / 214512    10/21/09
Grievance Number    Date Received    Signature of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____    _____
New Due Date        Signature of Grievant

---

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): Concur with Supervisors Response

DATE: 10/27/09   CHAIRPERSON: S/B Adams

Do you wish to appeal this response? __✓__ Yes _____ No

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

James Gooch _____ 11-2-09 _____ Chet Walsh
GRIEVANT      DATE      WITNESS

Distribution Upon Final Resolution:
  White - Inmate Grievant   Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner (if applicable)

CR-1394(Rev.3-00)

4.

RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE**          **(continuation sheet)**

DESCRIPTION OF PROBLEM: informed UM Esters of the same Problem and UM Esters stated, "I ain't got time right now." On 17 Sept 2009 Grievant turned in an Emergency Grievance to Sgt McKinney, who stated, "I can't do anything with this - it's not my responsibility." Sleep apnea is a life-threatening disease where a person stops breathing while sleeping. I have been ignored enough. Medical was supposed to issue the grievant a C-Pap machine to help me continuously breath at night.

On 15 Oct. 2009, Grievant again informed UM Esters that he needed his C-Pap machine. Therefore, the grievant grieves that UM Esters is denying said machine to grievant.

5.

Commissioner                                                      11-18-09

How are you today? I hope everything is a blessing your way.
My name is James A. Gooch #264894. I am writing concerning
my disability. I sleep on a C-PAP machine and all of the nurses,
and case manger know my condition is very serious. Here at
H.C.CF I've talk to "everyone" about the seriousness of my
condition but continue to get the Run around about this situation
dealing with my health.
I need Some "Real" medical attention and I have explain several
times to these people that I have Sleep Aphea, where you have no control in
your sleep and may smother while I'm sleeping. Also Narcolesy where I
fall asleep anytime which causes me to have a lack of sleep.
which causes my Blood pressure problems; which raise high while I'm
Sleep and put me in Jeopardy of a Stroke while I'm Sleep.
These are Dieing Disorder in which I have no control over.
To be straight to the point, I'm Requesting a sleep Test so
I can have a C-pap machine Before I go In a Deep sleep And
Never wake up or Stroke out In my Sleep.
This is a very serious matter.
if I Do Die, Everybody will be looking around when they could've
Just Tried to Help me, Bottom line, Thank's For your Attention.

                              GOD Bless you
                              James Gooch #264894

Last Grievance About this Matter
        11-17-09

8.



**TENNESSEE DEPARTMENT OF CORRECTION**

**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE 10/21/09

Please respond to the attached grievance, indicating any action taken.

Date due 10/26/09

17281/ 214512                     Gooch, J.                     264894

Grievance Number                  Inmate Name                   Inmate Number

I have reviewed I/m's complaint. Case
Mgr. Davis stated I/m Gooch came to her
and stated he stopped breathing for 5 min.
~~the night before he~~ This took place the night
before he reported to her. She stated he was
wanting to know when was U.M. Ester going
to get him a machine and she told I/m
that she had no knowledge of what he was
talking about. I/m stated in grievance he has
sleep apnea. I/m's collie + I/m Gooch
~~he~~ never contacted the central room the date
he said he stopped breathing. Um Ester
can not approve a c pap machine. This is a
medical issue and must be approved through
medical. I consider this grievance resolved at this
level.

<u>D R Mills</u>                                 10/26/09
Signature                                        Date

OCT 26 2009

White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-3148 (REV. 3-00)                                                          RDA 2244

6.



## TENNESSEE DEPARTMENT OF CORRECTION
### RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE __12-4-09__

Please respond to the attached grievance, indicating any action taken.
Date due __ASAP__

__17281 / 214512__          __J. Gooch__          __264894__
Grievance Number          Inmate Name          Inmate Number

Inmate Gooch was referred for a sleep study, however, he was denied by the Regional Health Director. I have asked Inmate Gooch, in writing, to supply me with the names of the doctors who diagnosed and/or treated him. As soon as I obtain this information, perhaps we can either get a sleep study or supply the inmate with a C-PAP. As it stands now, the only documentation on this inmate's chart that states he needs a CPAP is what he has said regarding the matter. We have no documentation from any health professional that supports this need.

_____

Signature _Buck Buford HSA_          Date _12-7-5_

White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-3148 (REV. 3-00)          RDA 2244

# DATE OF HEARING: 11/4/09

_____ Sco M. Adams _____ **Grievance Chairperson**

**Hearing Began At:** 9:17am

**Hearing Concluded:** 9:21am

## Elected Voting Board Members Present:

1. _A. Rogers_ Staff Member    2. _K. Howell_ Staff Member
3. _E. Hinton_ I/M Member    4. _D. Dugger_ I/M Member

The Chairperson read the grievance, the Supervisor's response, and the Grievant's requested solution.

Grievant's Name: _J. Gooch_ TDOC #: _264894_ GR #: _17281/214512_

_Relevant new information presented:_ states he stopped breathing between 45 seconds to 1 minute, not five minutes. every thing else in grievance is correct.

## Witnesses:

**Inmate Name** _____ **TDOC#:** _____ **Unit:** _____

Statement: _____

**Staff Witness:** _____ **POSITION:** _____

Statement: _____

## COMMITTEE'S
## RECOMMENDATION: CR - 1393

White Copy = I/M        Yellow Copy = Grievance        Pink Copy = Commisioner

700113-3637

3.



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

J. Gooch                264894        HCCF/KA-209        17281/214512
NAME                    NUMBER        INSTITUTION & UNIT  GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee  Claims U/M Ester is denying him
a C-Pap machine.

Inmate Grievance Committee's Response and Reasons  Concur with supervisors)
response.

11-4-09.        S/G Adams              Kristy Haney
DATE            CHAIRMAN               MEMBER

April Rogers            Eric Smith
MEMBER                  MEMBER                          MEMBER

---

Warden's Response:     Agrees with Proposed Response        ☑

Disagrees with Proposed Response                            ☐

If  Disagrees, Reason(s) for Disagreement _____

---

Action Taken:

DATE: 11/11/0?        WARDEN'S SIGNATURE: _____        NOV 16 2009

Do you wish to appeal this response?        ✓ YES        ____ NO

If yes:    Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction
           to previous responses if so desired.

James Gooch            11-17-09            M. Adams
GRIEVANT               DATE                WITNESS

---

Commissioner's Response and Reason(s): _____

_____

_____

_____

_____            _____
DATE                                SIGNATURE

Distribution Upon Final Resolution:

            White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                                          RDA 2244

STATE OF TENNESSEE
**DEPARTMENT OF CORRECTION**
5TH FLOOR RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465

## MEMORANDUM

Inmate Name: _James Gooch_   TDOC Number: _264894_

Institution: _HCCF_   Housing Unit: _KA-209_

Institution Grievance Number: _17281_   TOMIS Grievance Number: _214512_

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and concurs with the Supervisor and the Health Administrator.

_12/16/09_
Date

_[signature]_
Assistant Commissioner, Operations

DEC 23 2009

GR-6



### TENNESSEE DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE

JAMES A GOOCH     264894     CCA/H.C.C.F K-B102
NAME       NUMBER       INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: GRIEVANCE IS ON MS. Buford H.S.A on October 14-2009, sept 9-9-9, FEB 9-10 Request Forms To MS.Buford H.S.A That I HAve trouble breathing at night because I have sleep Apnea and low Grade Narcolepsy.

REQUESTED SOLUTION: C-Pap Machine be issued or at least A medical sleep Test so I can Get The right medical Attention please Grievance ON Ms. Buford

James Gooch       4-27-10
Signature of Grievant       Date

......................................................................................

*TO BE COMPLETED BY GRIEVANCE CLERK*

1 8450/228350     11/19/10     R. Brown
Grievance Number     Date Received     Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
New Due Date       Signature of Grievant

......................................................................................

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): deemed inappropriate per policy 501.01 (VI) (6) (1) (past 7 days)

DATE: 11/26/10     CHAIRPERSON: SIC10 L. Brown

Do you wish to appeal this response? ✓ YES     ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

James Gooch     11-4-10     Clt Wdh
GRIEVANT       DATE       WITNESS

James Gooch     11-29-10

Distribution upon final resolution:

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE**      **(continuation sheet)**

DESCRIPTION OF PROBLEM: INformed Ms. BuFord H.S.A oN october 14-2009. ThAt I HAVE sleep ApneA AND Low GrAde NArColepsy.
I HAVE WrotE Request Forms AND GrievanCe oN this issue.
sleep ApneA is A life ThreAting disease where I stop breathing while sleeping.
(medical's) Sopposed to mAke suRe I HAVE Proper CaRe. pursuit to state and Federal laws.

JAMES Gooch
264894

Distribution Upon Final Resolution:

White - Inmate Grievant      Canary - Warden      Pink - Grievance Committee   Goldenrod - Commissioner (if applicable)

CR-1394 (Rev. 3-00)                          Page 2 of 2                          RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**
**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE __11/19/10__

Please respond to the attached grievance, indicating any action taken.

__18450/228350__     __Gooch, J.__     __264894__
Grievance Number        Inmate Name        Inmate Number

Inmate Gooch was seen by outside Medical
and was issued a BI-PAP Machine for his
Medical Condition. HSA Bryand has followed
the right procedure and Medical treatment has
been provided for his Complaint. The BI-PAP
Machine was prescribed by an outside provider
who made the determents as to what Machine
was to be used

__L. Kendry__            NOV 2 3 2010
Signature                 __11-23-10__
                               Date

White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-3148 (REV. 3-00)                                              RDA 2244



### TENNESSEE DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE RESPONSE

J. Gooch _____ 264894 _____ HCCF / KB-102 _____ 18450/228350
NAME              NUMBER         INSTITUTION & UNIT    GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee  *Wants to receive the proper medical attention for his sleep apnea.*

Inmate Grievance Committee's Response and Reasons  *Deemed inappropriate per Policy 501.01 (past 7 days)*

11/29/10 _____ S/CI of. Brown _____
DATE              CHAIRMAN                              MEMBER

_____          _____          _____
MEMBER                   MEMBER                   MEMBER

Warden's Response:     Agrees with Proposed Response     ☑

Disagrees with Proposed Response     ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken: _____

DATE: 12-3-10     WARDEN'S SIGNATURE: _____

Do you wish to appeal this response? _____ YES _____ NO

If yes:   Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction
          to previous responses if so desired.

Forwarded to next level, OTC _____ 12/6/10 _____ S/CI of. Brown _____
GRIEVANT                         DATE              WITNESS

Commissioner's Response and Reason(s): _____

_____

_____

_____          _____
DATE                     SIGNATURE

Distribution Upon Final Resolution:
        White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                                                    RDA 2244



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
5TH FLOOR   RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE   37243-0465

*HA #11*

## MEMORANDUM

Inmate Name: _James Gooch_   TDOC Number: _264894_

Institution: _HCCF_   Housing Unit: _~~~~_

Institution Grievance Number: _18450_   TOMIS Grievance Number: _228350_

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and:

☐ Concurs with Warden   ☐ Concurs with Committee   ☒ Concurs with Supervisor

☐ Concurs Medical Co-Payment was Appropriate

_12/28/10_
Date

_Rick Hesse_ _JAN 04 2011_
Assistant Commissioner, Operations

GR-6



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE**

James Gooch          264894          HCCF K-F 103
_____
NAME                    NUMBER              INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: I've been denied several times now medical treatment
ON 7-8-2010 I went to medical over my sleep Apnea I'm in
desperate Need of My C-pap machine. I've spoken with medical

REQUESTED SOLUTION: I would like them to get my sleep study
Completed and get My C-pAp machine so I can sleep.

James a Gooch                          7-8-10
_____
Signature of Grievant                   Date

*TO BE COMPLETED BY GRIEVANCE CLERK*

18493 / 228661          11-30-10          L Bram
_____
Grievance Number        Date Received     Signature of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____      _____
                        New Due Date                Signature of Grievant

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

Chairperson's Response and Reason(s): Deemed inAppropriate per policy 501.01
(VI)(C)(1)

DATE: 12/6/10          CHAIRPERSON: SC1 L. Bram

Do you wish to appeal this response? ✓ Yes _____ No

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

James Gooch          11-4-10          SC1 L Bram
GRIEVANT             DATE              WITNESS
forwarded to next level, I/m OTC

Distribution Upon Final Resolution:
    White - Inmate Grievant   Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner (if applicable)

CR-1394(Rev.3-00)

Page 1 of 2

RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE        (continuation sheet)**

DESCRIPTION OF PROBLEM: On Numerouse Occassions Concenning this matter, Nothing Comes out of it. They continue to tell me @ Im on a list for a sleep test. I've been told that for more then 6 months! All Im wanting to do is sleep, And Im unable to do so due to the choking, and gasping for air. Under TDOC / CCA Policie 113.30A 6-14 / General and 113.30 Paragraph 15 Inmates within the physical costody of the TDOC Shall have timely access to the appropriate level of health care Its been going on since September 9, 2009 with No Relief in sight.

T-8-10

James a. Gooch
264894



**TENNESSEE DEPARTMENT OF CORRECTION**
**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE  _11-30-10_                    Please respond to the attached grievance, indicating any action taken.
                                    Date due _12-3-10_

_18493/228661_          _J. Gooch_                      _264894_
Grievance Number          Inmate Name                    Inmate Number

Inmate Gooch had his test some time ago
and was ordered a Bi PAP machine which
the pulmonary doctor said he needed.
He has the machine now. He doesn't
like it + wants a CPAP, but the pulmonologist
was very firm that the BiPAP was the machine
that he[?] is he used — Ben Buford NSA

_Ben Buford NSA_                          _12-3-10_
Signature                                  Date

DEC 03 2010

White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-3148 (REV. 3-00)                                        RDA 2244



## TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE RESPONSE

J. Gooch | 264894 | HCCF/ KP-103  A-202 | 18493/ 228661
NAME | NUMBER | INSTITUTION & UNIT | GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee  Claims he has been denied the medical treatment he needs for his sleep apnea.

Inmate Grievance Committee's Response and Reasons  Deemed inappropriate per Policy 501.01. (past 7 days/ details)

12/6/10 | SIC/o L. Brown
DATE | CHAIRMAN | MEMBER

MEMBER | MEMBER | MEMBER

Warden's Response:        Agrees with Proposed Response        ☑

Disagrees with Proposed Response                        ☐

If  Disagrees, Reason(s) for Disagreement _____

Action Taken: _____

DATE: 12-13-10        WARDEN'S SIGNATURE: _____        DEC 1 3 2010

Do you wish to appeal this response?    ✓ YES _____ NO _____

If yes:   Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction
         to previous responses if so desired.

James Gooch | 12-13-10 | SIC/o L. Brown
GRIEVANT | DATE | WITNESS

Commissioner's Response and Reason(s): _____

_____

DATE | SIGNATURE

Distribution Upon Final Resolution:

        White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner
CR-1393 (Rev. 3-00)                                                                    RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

James A Gooch     264894     H.C.C.F KF-163
NAME       NUMBER       INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: I Stop Breathing In Sleep.
INMATE Grievance Is on Ms. Burford

REQUESTED SOLUTION: 2- Pillows & C-PAP Machine.

James a Gooch       8-8-10
Signature of Grievant       Date

*TO BE COMPLETED BY GRIEVANCE CLERK*

18123/224983      8-10-10      Sgt. L. Brown
Grievance Number      Date Received      Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
     New Due Date        Signature of Grievant

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): Concur with Supervisor's Response

DATE: 8/13/10     CHAIRPERSON: Sgt. L. Brown

Do you wish to appeal this response?   ✓ YES     NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

James Gooch Jr.     8-16-10     Pat Webb
GRIEVANT      DATE      WITNESS

Distribution upon final resolution:

    White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)       Page 1 of 2       RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE**      **(continuation sheet)**

DESCRIPTION OF PROBLEM: Had A Sleep Study on 7-27-10
At Jackson-Madison County General Hospital
I stop Breathing In My Sleep My Condition Is very serious
The Doctor said No oxygen Is Going To My Brain With out
A C-pAp Machine.
He Decribe Me a 2-Pillows AND a Breath
A C-PAP ASAp,
I've Been BACK FRom Jackson-Madison County General Hospital
From 7-27-10 9:00 AM
with out 2 pillows & C-pAp    7-27-10
                              7-28-10
                              7-29-10
                              7-30-10
                              7-31-10
                              8-1-10
                              8-2-10
                              8-3-10
                              8-4-10
                              8-5-10
                              8-6-10
                              8-7-10
                              8-8-10

   NO 2-Pillows  ,  NO  C-pAp Machine

It's plenty of paper WORK on File IN Medical.
on My Sleep study From Jackson-Madison County Hospital From
7-27-10

                              James Gooch
                              264894

Distribution Upon Final Resolution:

    White - Inmate Grievant      Canary - Warden    Pink - Grievance Committee   Goldenrod - Commissioner (if applicable)

CR-1394 (Rev. 3-00)                        Page 2 of 2                        RDA 2244

| Effective Date: September 15, 2007 | Index # 501.01 | Page  3  of  9 |
| --- | --- | --- |

**Subject:   INMATE GRIEVANCE PROCEDURES**

Grievances allegedly involving Title VI complaints shall be simultaneously forwarded to the Title VI Site Coordinator (Deputy Warden/Assistant Warden at privately managed facilities) for review and final determination as to Title VI designation. Those deemed to be actual Title VI complaints (regardless of validity or issue) shall remain flagged as Title VI and investigated as such in accordance with policy. The Title VI Site Coordinator shall notify the grievance board chairperson to remove the Title VI flags for those complaints which he/she determines do not fall within the parameters of a Title VI issue. (See Policy #103.10) In such cases the grievance board chairperson shall remove the flag within one workday of receipt of notification.

The chairperson's response shall be written on CR-1394 following the chairperson's receipt and review of the supervisor's response. There will be a seven working-day time limit at Level I beginning on the day the grievance begins to be processed. If a grievant accepts the supervisor's response, the grievance chairperson shall enter the approval on Grievance (LIBG).

2.   Second Level: Within five calendar days of being notified of the Level I response, the grievant may appeal the response to the grievance committee and Warden. A hearing shall be held within five working days of an appeal's filing. Within five working days of the hearing, the committee's proposed response shall be forwarded to the Warden. Within seven working days of receipt, the Warden shall forward his/her decision to the chairperson. Within five working days of receiving the Warden's response, the chairperson will allow the grievant to review the grievance materials and responses. If the grievant accepts the Level II response, the grievance chairperson shall enter the approval on Grievance (LIBG). The failure of staff to comply with a directive by the Warden as a result of the Warden's review of the grievance may result in disciplinary action.

If the Warden agrees to the grievant's requested solution, the grievant shall not have the right to appeal to Level III.

Grievances concerning TRICOR, over which the Warden has no line authority, shall be forwarded from the committee to the Warden for any comments. The grievance then proceeds to Level III of the process. The Assistant Commissioner of Operations/designee shall review and, if necessary, may forward the grievance for review/response of the Chief Executive Officer.

3.   Third Level: A grievant may appeal the Level II response within five calendar days of receipt of that response. The chairperson shall forward one legible copy of the grievance and all documentation to the Assistant Commissioner of Operations/designee. The Level III response shall be sent to the grievance chairperson for distribution within 25 working days of the date the appeal was received. The chairperson shall enter the final decision on Grievance (LIBG). This response is final and is not subject to appeal. Failure of staff at TDOC managed facilities to comply with a directive by the Assistant Commissioner of Operations or the Assistant Commissioner of Rehabilitative Services as a result of the Level III review may result in disciplinary action. (At privately managed facilities, the Deputy Commissioner



**TENNESSEE DEPARTMENT OF CORRECTION**
**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE  _8-10-10_

Please respond to the attached grievance, indicating any action taken.
Date due  _8-13-10_

_18123 / 224983_     _J. Gooch_     _264894_
Grievance Number       Inmate Name       Inmate Number

Spoke with HSA Bispel on 8-12-10 and
was enformed that the CPAP Machine is at
the facility and the department was waiting on
the Mask tubing and head gear. as soon
as these items Arrive inmate will be
contacted and set up

_R. Kendrig_              _8-12-10_
Signature         AUG 1 3 2010         Date

White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-3148 (REV. 3-00)                                       RDA 2244

# DATE OF HEARING: _8/18/10_

_Sco L. Brown_ ———— Grievance Chairperson

Hearing Began At: _9:48am_

Hearing Concluded: _9:56am_

Elected Voting Board Members Present:

1. _J. Dillard_ ——— Staff Member     2. _K. Sain_ ——— Staff Member
3. _W. Burgess_ ——— I/M Member      4. _W. Busby_ ——— I/M Member

The Chairperson read the grievance, the Supervisor's response and the Grievant's requested solution.

Grievant's Name: _J. Gooch_ ———— TDOC #: _264 894_  GR #: _18123/224983_

_Relevant new information presented:_ _States HSA Buford told him she thought he had a breathing machine on 8/7/10. States the doctor told him he thought he already had a breathing machine on 8/16/10._

_**Witnesses:**_

**Inmate Name** _____ TDOC#: _____ Unit: _____

Statement: _____

_____

_____

**Staff Witness:** _____  **POSITION:** _____

Statement: _____

_____

_____

# COMMITTEE'S
# RECOMMENDATION: _CR-1393_

_____

_____

White Copy = I/M          Yellow Copy = Grievance          Pink Copy = Commisioner

700113-3637



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

| J. Gooch | 264894 | HCCF/KF-103 | 18123/224983 |
|---|---|---|---|
| NAME | NUMBER | INSTITUTION & UNIT | GRIEVANCE NUMBER |

Summary of Evidence and Testimony Presented to Committee  Claims HSA Buford will not provide him with a C-Pap machine and pillows

Inmate Grievance Committee's Response and Reasons  HSA Buford should ensure that I/m Gooch Receive 2 pillows, C-Pap machine And All equipment necessary for proper function in a timely manner as prescribed by the doctor.

| 8/18/10 | Sgt. L. Brown | Wayne Burgess |
|---|---|---|
| DATE | CHAIRMAN | MEMBER |

| | | |
|---|---|---|
| MEMBER | MEMBER | MEMBER |

Warden's Response:        Agrees with Proposed Response          ☑

Disagrees with Proposed Response          ☐

If  Disagrees, Reason(s) for Disagreement _____

_____

Action Taken: _____

DATE: 8-30-10        WARDEN'S SIGNATURE: _____
                                                                                    AUG 3 1 2010

Do you wish to appeal this response? _____ YES _____ NO

If yes:   Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction
              to previous responses if so desired.

I/m OTC forwarded to next level  9/8/10              Sgt. L. Brown
              GRIEVANT                              DATE                              WITNESS

Commissioner's Response and Reason(s): _____

_____

_____

_____

| _____ | _____ |
|---|---|
| DATE | SIGNATURE |

Distribution Upon Final Resolution:

              White - Inmate Grievant      Canary - Warden      Pink - Grievance Committee      Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                                                                    RDA 2244



**CORRECTIONS CORPORATION OF AMERICA**
*Hardeman County Correctional Facility*

## WARDEN'S DIRECTIVE

TO:            R. Kendrix, Assistant Warden

FROM:       J. Easterling, Warden

THROUGH:  SCO L. Brown, Grievance Chairperson

DATE:        August 31st, 2010

RE:            Grievance # 18123/224983, J. Gooch, # 264894

The Warden has issued a directive in regards to the above referenced grievance. Please ensure that the directive, as listed below, is completed and implemented. After completion of the required action, the responsible department head should sign, date, and return this form within **five (5) working days** to the Grievance Chairperson. Thank you for your cooperation in this matter.

### *YOU ARE DIRECTED TO DO THE FOLLOWING:* HSA Buford should ensure that I/M Gooch receive 2 pillows, C-pap machine, and all equipment necessary for proper function in a timely manner as prescribed by the doctor.
(cc: B. Buford, HSA)

List action that was taken:

_____

_____

_____        _____
Responsible Department Head                     Date

Date Returned to the Grievance Office: _____

TDOC 501.01
VI (2)

" THE failure of staff to comply with a directive
By the warden as a result of the warden's
Review of the grievance MAY result in Disciplinary
Action.



**CORRECTIONS CORPORATION OF AMERICA**
*Hardeman County Correctional Facility*

## WARDEN'S DIRECTIVE

**TO:**          **B. Buford, Health Services Administrator**

**FROM:**       **J. Easterling, Warden**

**THROUGH:**    **SCO L. Brown, Grievance Chairperson**

**DATE:**        **August 31st, 2010**

**RE:**          **Grievance # 18123/224983, J. Gooch, # 264894**

The Warden has issued a directive in regards to the above referenced grievance. Please ensure that the directive, as listed below, is completed and implemented. After completion of the required action, the responsible department head should sign, date, and return this form within **five (5) working days** to the Grievance Chairperson. Thank you for your cooperation in this matter.

### *YOU ARE DIRECTED TO DO THE FOLLOWING:* HSA Buford should ensure that I/M Gooch receive 2 pillows, C-pap machine, and all equipment necessary for proper function in a timely manner as prescribed by the doctor.
(cc: R. Kendrix, Assistant Warden)

List action that was taken:

_____

_____


_____        _____
Responsible Department Head              Date


Date Returned to the Grievance Office: _____



**CORRECTIONS CORPORATION OF AMERICA**
*Hardeman County Correctional Facility*

## WARDEN'S DIRECTIVE

**TO:**        B. Buford, Health Services Administrator

**FROM:**      J. Easterling, Warden

**THROUGH:**   SCO L. Brown, Grievance Chairperson

**DATE:**      August 31st, 2010

**RE:**        Grievance # 18123/224983, J. Gooch, # 264894

The Warden has issued a directive in regards to the above referenced grievance.  Please ensure that the directive, as listed below, is completed and implemented.   After completion of the required action, the responsible department head should sign, date, and return this form within **five (5) working days** to the Grievance Chairperson.  Thank you for your cooperation in this matter.

### _YOU ARE DIRECTED TO DO THE FOLLOWING:_  HSA Buford should ensure that I/M Gooch receive 2 pillows, C-pap machine, and all equipment necessary for proper function in a timely manner as prescribed by the doctor.
**(cc: R. Kendrix, Assistant Warden)**      *Done*

List action that was taken: *MD and consulting MD determined that CPAP won't work. BIPAP was ordered & should arrive next wk. Pillows will be up to physician to order. I am not qualified to order pillows. Discussed c̄ MD.*

Responsible Department Head        Date

Date Returned to the Grievance Office: _____        SEP 0 9 2010

*Bruce J Buford HSA*  9-3-10

18123

KA107



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
5TH FLOOR  RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE  37243-0465

## MEMORANDUM

Inmate Name: _____James Gooch_____    TDOC Number:__264894__

Institution:_____HCCF_____    Housing Unit: _KF-103_

Institution Grievance Number: __18123_____    TOMIS Grievance Number: __224983__

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and:

☐ Concurs with Warden    ☐ Concurs with Committee    ☒ Concurs with Supervisor

☐ Concurs Medical Co-Payment was Appropriate

OCT 0 5 2010

___9/23/10___
Date

_____
Assistant Commissioner, Operations

GR-6



## TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE

8/10

JAMES GOOCH _____ 264894 _____ C.B.C.X
NAME                 NUMBER           INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: C/O McDonald 3rd Shift officer
I/James Gooch couldn't breath on 8/29/10
IM Grievance C/o Mc Donald 3rd Shift

REQUESTED SOLUTION: What took so long for c/o McDonald
To Reach Medical.

JAMES A Gooch _____ 8-30-10
Signature of Grievant _____ Date

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

TO BE COMPLETED BY GRIEVANCE CLERK

18837/227015 _____ 9/2/10 _____
Grievance Number _____ Date Received _____ Signature of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____   _____
                        New Due Date                Signature of Grievant

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: See CR-3148

Chairperson's Response and Reason(s): I agree with the Supervisor's Response, And
A Grievance Shall Not Contain multiple Issues

DATE: 9/7/10 _____ CHAIRPERSON: D Beasley

Do you wish to appeal this response? ___✓___ YES ___✓___ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first level response.

James Gooch _____ 9-7-10 _____ D. Beasley CH
GRIEVANT _____ DATE _____ WITNESS

Distribution upon final resolution:

    White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00) _____ Page 1 of 2 _____ RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**      **(continuation sheet)**

DESCRIPTION OF PROBLEM: I/ JAMES Gooch 264894
BEAT ON Door Leting C/o McDonald KNOW I SLEEP ON
A C-PAP BREATHing Machine.
He stated WHATS THE problem. I/ JAMES Gooch stated
I couldn't BREATH BREATH. C/o McDonald stated Let me
Finsh my Rounds, I/ JAMES Gooch stated I NEEDED A Doctor
My Chess Hurt AND I CAN't BREATH. C/o McDonald Tell
I/ JAMES Gooch Hold on AGAIN I said MASH THE Button so
A Gold Badge will Hurry up AND see me.
once AGAIN C/o McDonald Tell me to Hold on He GONNA
Call THE Nurse AFTER I/INMATE Gooch BEAT ON THE DOOR
C/o McDonald LAID THE Phone Down
Took His TIME AND Walk over AND said you KNow your Gonna
BE Charged, I/ INMATE spoke out I Don't CARE Just Get me
To Medical PLEASE. It WAS 15 min AFTER I TAIKED To
Gold Badge Witwood. He Rush I/ INMATE Gooch To Medical
All I WANT WAS Medical Care.
I/ INMATE Gooch ASKED C/o McDonald FOR A GRIEVANCE
He stated It WAS NONE THEN He see I WAS Upset He Bought
ME ONE ONLY sheet CAuse He WAS wrong AND He KNOW
THIS.

JAMES Gooc
264894



**TENNESSEE DEPARTMENT OF CORRECTION**

**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE: 9/2/10

Please respond to the attached grievance, indicating any action taken.

Date Due: 9/4/10

14437
Grievance Number

James Gooch
Inmate Name

264894
Inmate Number

On Sunday August 29, 2010 at Approx. 0005 Inmate Gooch 264894 asked Ofc. McDonald to call the clinic because he was having trouble breathing. I/m Gooch was standing at his cell door. Off. McDonald went immediately to his office. Off McDonald called the clinic and the shift Commander Lt. Morton to report that inmate Gooch was having trouble breathing. Lt. Morton informed Cpl. Watwood via radio that an inmate in Housing Unit 7 needed to be escorted to clinic. Ofc. Duncan responed Approx 0015 immediately and when Cpl Watwood arrived in housing U-7 inmate Gooch's cell door was opened. I/m was sitting on the toilet. He stated that he was experiencing shortness of breath and pain in his chest. I/m Gooch further stated that he was unable to walk. Ofc. Duncan obtained a wheel chair from the clinic. I/m Gooch dressed himself and was escorted to the clinic by ofc. Duncan and Cpl. Watwood 0019. The duty Nurse Completed an assessment and obtained Vital Signs. Two nurses discussed I/m Gooch's recent diagnosis for sleep apnea and related problems. After the nurse checked him out I/m, Gooch was escorted back to Housing U-7 0045. I/m Gooch ask ofc. McDonald for a grievance. The I/m stated that ofc. McDonald gave him only half of the grievance. Since the grievance was not an Emergency Grievance, it could have waited until Sunday Morning on 1st Shift.

Captain Michael Barber
SIGNATURE

9-6-2010
DATE

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-3148 (Rev. 3-00)

RDA 2244

Told Cpt. Watwood MR. McDonald Told me To
Wait until He Got Done Counting And Doing Rounds
And Then He Came over why I was sitting on
Toild And said He's Gonna Call medical after
C/O Called After 10 to 15 minutes Later stated I
would Be Charger I Respond I Dont
Care Get Someone Done Here please

JAmeS Gooch
#264894

9-27-10

INMATE GRIEVANCE RESPONSE

_James Gooch_ _264494_ _CBCX 8_ _18837_
NAME                NUMBER      INSTITUTION & UNIT      GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _____

_____

_____

Inmate Grievance ~~Committee's~~ Chairperson's Proposed Response and Reasons _C.O. McDonald_
_Acted in a Reasonal Ammount of time. A grievance_
_shall not contain multiple issues (501.01. VI.C.1)._

_____

_9/7/10_        _Deloi Beasley_        _____
DATE            CHAIRMAN              MEMBER

_____        _____        _____
MEMBER                  MEMBER                  MEMBER

=====================================================

Warden's Response:   Agrees with Proposed Response        ☒

                     Disagrees with Proposed Response     ☐

If Disagrees, Reason(s) for Disagreement _____
_It is apparent from captain Barbees response that officer_
_McDonald acted in such a manner as policy requires._
_Inmate Gooch dressed himself and was escorted by wheel chair_
~~to the clinic and returned to guild 4th.~~
Action Taken:
DATE _9/9/10_                WARDEN'S SIGNATURE _Carlin Simmons_

Do you wish to appeal this response?   _✓_ YES   ____ NO

If yes:  Sign, date, and return to chairman for processing.  Grievant may at-
         tach supplemental clarification of issues or rebuttal/reaction to
         previous responses if so desired.

_James Gooch Jr._        _9-27-10_        _____
GRIEVANT                  DATE             WITNESS

=====================================================

Commissioner's Response and Reasons _____

_____

_____

_____

DATE _____        SIGNATURE _____

Distribution Upon
Final Resolution:   1.  Grievant     3.  Grievance Committee
                    2.  Warden       4.  Commissioner (if ap-
                                         plicable)

CR-1393 (Rev. 7/87)                                      RDA-1167



**TENNESSEE DEPARTMENT OF CORRECTION**

**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE: (9/2/10)

Please respond to the attached grievance, indicating any action taken.

Date Due: 9/5/10

14437/227015          JAmes Gooch          264894

Grievance Number          Inmate Name          Inmate Number

1/26/10 THE INMATE WAS IN TRANSIENT FROM HCCF. HE ARRIVED @ CBCX WITHOUT HIS B, PAP MACHINE. MS. BOYD CONTACTED BARBARA BUFORD, HSA @ HCCF ONCE SITE WAS PROVIDED THIS INFORMATION.

HOWEVER, THE INMATE WAS SEEN FOR EMERGENCY TREATMENT BY THE MEDICAL CLINIC AND PROPER ACTIONS WERE PROVIDED REGARDING THE INMATE CARE. PLEASE CONTACT ME SHOULD YOU NEED ANY ADDITIONAL QUESTIONS/CONCERNS.

Brenda J Boyd RN-HSA.
SIGNATURE

1/26/10
DATE

White - Inmate Grievant     Canary – Warden     Pink – Grievance Committee     Goldenrod – Commissioner

CR-3148 (Rev. 3-00)          RDA 2244



STATE OF TENNESSEE
**DEPARTMENT OF CORRECTION**
5TH FLOOR RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465

**MEMORANDUM**

Inmate Name: _____James Gooch_____   TDOC Number: __264894__

Institution: _____CBCX_____   Housing Unit: __HB-111__

Institution Grievance Number: __18837__   TOMIS Grievance Number: __227015__

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and concurs with the Supervisor and the HSA.

__2/11/11__
Date

_____
Assistant Commissioner, Operations

GR-6





# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE

**JAMES GOOCH**
NAME

**264/894**
NUMBER

**KF-103 HCCF**  105
INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: *Failed to provide proper medical treatment on. 9/13/2010 I recieved my Respironics B.PAP Machine. I did recieve basic instructions on how to opperate the machine*

REQUESTED SOLUTION: *Policy and Procedure Needs to be followed at all times.*

*James a Gooch*
Signature of Grievant

**9/14/2010**
Date

---

### TO BE COMPLETED BY GRIEVANCE CLERK

**1860/226438**
Grievance Number

**9-21-10**
Date Received

*Sgt. L. Bran*
Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
New Due Date _____ Signature of Grievant

---

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): *Cancur with Supervisor's Repayse*

DATE: **9/24/10**   CHAIRPERSON: *Sgt. L. Bran*

Do you wish to appeal this response?   ✓ YES _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

*James Gooch*
GRIEVANT

**9-27-10**
DATE

*Clot Walk*
WITNESS

Distribution upon final resolution:

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)   Page 1 of 2   RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**      (continuation sheet)

DESCRIPTION OF PROBLEM: However, on 9/14/2010 I started to Notice Something was malfunctioning with the machine. I spoke with Officer Simmons and ask her to contact medical. C/O Simmons spoke with Ms. Buford, she Responded by stating I Needed to Put in a Request, I explained to her that the situation was Not a medical issue. (I was not having a medical Problem)

The Problem was my machine was malfunctioning. I wanted to find out if it was something I was doing or if the machine was damaged. (It has to do with the heater plate is not working on the humidifier.)

I believe Ms. Buford is discriminated against, due to the fact I would Not sign off on a Previous grievance against her. (8/16/2010 I filed a grievance.) '8123/224983

This Medical Treatment is Follows under TDOC.# 113,08

When deemed Necessary, by the health care provider, health care prosthetic devices and durable medical equipment shall be provided to inmates in order to correct, assist or improve a significant body impairment or debilitating conditions.

This also is a direct violation of cruel and unusual Punishment which violates my constitional Rights.

James Gooch

264894

9-14-10

Distribution upon final resolution:

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

Grievance
Hearing 9-29-10

I've written several grievances on my medical condition
between the dates of:
Grievance Filed.       10-7-2009
                       10-14-2009
                       11-02-2009  hearing  11-4-2009
                       11-17-2009
                       8-16-2010  hearing  8-18-2010
Up till this date of 9/27/2010 I've filed these
grievances and also I've contacted the TDOC, Commissioner
thing desperatly to get medical treatment, on 12-16-2009
Mr. R. Hofel (assistant Commissioner of operations) denied my
complaint, However I was sent for a sleep study on
7-27-2010 in which I was sent to a outside to a sleep
disorders center Jackson Madison County General Hospital
at which time Dr. Ronald Taylor assisted in conducting
the test in which it showed that once I fell asleep
I was not getting any oxygen to the brain. I started
Having Numerous complications with a inconsistant heart rate
and my blood presure. Dr. Ronald Taylor stated from a proffesional
view that I needed to be placed on this machine while
sleeping, as soon as possible.
To this date I still don't have a machine 9-27-2010,
I was given one, however the machine was broke, I
told Medical However they would correct the error in
the machine they just took the machine away and
stated I would have to wait untill the machine was
Repaired. They did not put a time frame on how long
I would be without the machine.
on 9-27-10 10:30 PM while a sleep stop breathing and had a panick attack
'ould Not breath or function. correctly. on 9-28-10 sent me back
to my unit as I explained to Ms. Brown unit manger, Ms. Robertson, Ms. Buford over medical
that me and my celly are both class "B" medical, explain to medical Doctor
'rismuru That I've been on the floor since Friday. He stated you can go
Back to your POD Now we don't have no P° air Al



**TENNESSEE DEPARTMENT OF CORRECTION**
**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE _9-21-10_

Please respond to the attached grievance, indicating any action taken.
Date due _____

_18260_/_226438_     _J. Gooch_     _264894_
Grievance Number      Inmate Name      Inmate Number

Spoke with HSA Bryant she will contact
inmate Gooch again and explain to him
how the Machine operates. There has
been no Policy or Procedure Violated

SEP 2 4 2010

_R. Kendrick_          _9-23-10_
Signature             Date

White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-3148 (REV. 3-00)            RDA 2244

**DATE OF HEARING:** _9/29/10_

_Sco L. Brown_ Grievance Chairperson          Hearing Began At: _11:43am_

                                              Hearing Concluded: _11:50am_

Elected Voting Board Members Present:

1. _K. Lake (Sain)_ Staff Member          2. _____ Staff Member
3. _W. Busby_ I/M Member                  4. _G. Rodriguez_ I/M Member

The Chairperson read the grievance, the Supervisor's response and the Grievant's requested solution.

Grievant's Name: _J. Gooch_          TDOC #: _264894_   GR #: _18260/326438_

_Relevant new information presented:_ _States Dr. Crismaru couldn't explain to him_
_how the C-pap machine worked upon him getting it. (Also see_
_attached statement he read to Board.)_

_Witnesses:_

**Inmate Name** _____ TDOC#: _____ Unit: _____

Statement: _____

_____

_____

**Staff Witness:** _____ **POSITION:** _____

Statement: _____

_____

_____

**COMMITTEE'S
RECOMMENDATION:** _CR-1393_

_____

_____

White Copy = I/M          Yellow Copy = Grievance          Pink Copy = Commisioner

700113-3637



# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE RESPONSE

____J. Gooch____   ___264894___   _HccF/KF-105_   _18260/226438_
NAME              NUMBER         INSTITUTION & UNIT    GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee  Claims his C-pap machine is malfunctioning and HSA Buford will not help him fix it.

Inmate Grievance Committee's Response and Reasons  I/m Gooch should Receive A pRopeR C-pAp mAchine immediAtely.

___9/29/10___   _Sgt. L. Brown_   _Kristy Sain_
DATE            CHAIRMAN         MEMBER

_Un Buell_      _G. Rodriguez_   _____
MEMBER          MEMBER           MEMBER

---

Warden's Response:      Agrees with Proposed Response   ☐

Disagrees with Proposed Response   ☑

If Disagrees, Reason(s) for Disagreement  Medical said Machine fine prope[r]ly the Committee has no knowl[edge] if it Phactio[n] [?] are not.

Action Taken: _____

DATE: _10-06-10_   WARDEN'S SIGNATURE: _____

Do you wish to appeal this response?   ✓ YES _____ NO        OCT 0 8 2010

If yes:   Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

_James Gooch_   _10-11-10_   _SC/o L. Brown_
GRIEVANT        DATE          WITNESS

---

Commissioner's Response and Reason(s): _____

_____

_____

_____        _____
DATE                            SIGNATURE

---

Distribution Upon Final Resolution:
         White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                                          RDA 2244

                                    18260



STATE OF TENNESSEE
**DEPARTMENT OF CORRECTION**
5TH FLOOR RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465

## MEMORANDUM

Inmate Name: _____   TDOC Number: __264894__

Institution: _____HCCF_____   Housing Unit: _____

Institution Grievance Number: __18260__   TOMIS Grievance Number: __226438__

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and further information requested from HSA. Concur with the Supervisor, information complete.

NOV 10 2010

__11/1/10__
Date

_____
Assistant Commissioner, Operations

GR-6